**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>District of Minnesota | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Duke and King Missouri, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**20-8157933** | Last four digits of Soc. Sec or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**12281 Nicollet Ave., South**<br>**Burnsville, MN**<br>ZIP CODE: 55337 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE: |
| County of Residence or of the Principal Place of Business:<br>**Dakota** | County of Residence or the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE: |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**See Annex I**<br>ZIP CODE: | |

**Type of Debtor** (Form of Organization) (Check **one** box)
- ☐ Individual (include Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Assets Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other  Restaurant
_____

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one Box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*)..

----------------------------------------------------------

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

This Space is For Court Use Only

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☒ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

2392782

| **Voluntary Petition**<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>**Duke and King Missouri, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed by Within Last 8 Years** (If more than two, attached additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>**See Annex II** | Case Number: | Date Filed |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C.§ 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

2392782

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Duke and King Missouri, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box)<br><br>☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐    Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X   */s/ Clinton E. Cutler*<br>    Clinton E. Cutler (#158094)<br>    Fredrikson & Byron, P.A.<br>    200 South Sixth Street, Suite 4000<br>    Minneapolis, MN 55402<br>    Telephone: (612) 492-7000<br>    Facsimile: (612) 492-7077<br>    E-mail: ccutler@fredlaw.com<br><br>    and<br><br>    Shawn M. Riley (OH# 0037235)<br>    McDonald Hopkins LLC<br>    600 Superior Avenue, East<br>    Suite 2100<br>    Cleveland, OH 44114-2653<br>    Telephone: (216) 348-5400<br>    Facsimile: (216) 348-5474<br>    E-mail: sriley@mcdonaldhopkins.com<br><br>    December 4, 2010<br>    Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached..<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer) (Required by 11 U.S.C. § 110)<br><br>_____<br>Address<br><br>_____<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X   */s/ Rodger Head*<br>    Signature of Authorized Individual<br><br>    Rodger Head<br>    Printed Name of Authorized Individual<br><br>    CEO & President, and Director<br>    Title of Authorized Individual<br><br>    December 4, 2010<br>    Date | |

2392782

# ANNEX I

## DUKE AND KING MISSOURI, LLC
## LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR:

| Rest. # | Address | City | State | Zip |
|---|---|---|---|---|
| 1227 | 935 W. Kearney | Springfield | MO | 65803-1233 |
| 1558 | 1411 S. Range Line Road | Joplin | MO | 64801-5589 |
| 3232 | 3009 S. Campbell Avenue | Springfield | MO | 65807-4908 |
| 3475 | 2138 N. Glenstone Avenue | Springfield | MO | 65803-4646 |
| 4513 | 1077 S. Jefferson Avenue | Lebanon | MO | 65536-3672 |
| 5357 | 1022 Kings Highway Street | Rolla | MO | 65401-2921 |
| 5539 | 1101 S. Limit Avenue | Sedalia | MO | 65301-5127 |
| 6030 | 1011 W. Central Avenue | Carthage | MO | 64836-1028 |
| 6609 | 3020 E. Sunshine Street | Springfield | MO | 65804-2053 |
| 7203 | 525 S. National Avenue | Springfield | MO | 65802-3433 |
| 7204 | 1699 W. Jackson Street | Ozark | MO | 65721-9160 |
| 8384 | 1911 S. Springfield Avenue | Bolivar | MO | 65613-9684 |
| 8964 | 1220 E. Republic Road | Springfield | MO | 65804-7209 |
| 9331 | 1317 Preacher Roe Blvd | West Plains | MO | 65775-2939 |
| 9744 | 1429 Main Street | Parsons | KS | 67357-3330 |
| 9907 | 1710 Maiden Lane | Joplin | MO | 64801-3826 |
| 10725 | 1312 S. Madison Street | Webb City | MO | 64870-2801 |
| 11049 | 3095 Gardner Edgewood Drive | Neosho | MO | 64850-3109 |
| 11751 | 808 S Illinois Avenue | Republic | MO | 65738-1177 |
| 12281 | 2200 E. Austin Blvd | Nevada | MO | 64772-4213 |
| 12413 | 315 N. Massey Blvd | Nixa | MO | 65714-9006 |
| 12415 | 875 E. Highway 60 | Monett | MO | 65708-9360 |

## Annex II

## Affiliated Debtors

On the date hereof, each of the affiliated entities listed below also filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Minnesota. Such entities have filed or shortly will file a motion requesting that their Chapter 11 cases be consolidated for procedural purposes only and jointly administered.

| **Company** | **Relationship to Debtor** |
| --- | --- |
| Duke and King Missouri Holdings, Inc. | Parent |
| Duke and King Acquisition Corp. | Affiliate |
| Duke and King Real Estate, LLC | Subsidiary |
| DK Florida Holdings, Inc. | Affiliate |

**B4 (Official Form 4) (12/07)**

# United States Bankruptcy Court
## District of Minnesota

In re  Duke and King Missouri, LLC                    Case No. _____
        Debtor.                                       Chapter   11

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holdings the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by Joe Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| 1. Kinderhook<br>521 Fifth Ave 34th Floor<br>New York, NY 10175 | Telephone: 212-201-6780<br>Fax: 212-201-6790<br>Email: ttuttle@kinderhook.com | Unsecured Note | | $2,769,000.00 |
| 2. Burger King Corporation<br>PO Box 93290<br>Atlanta, GA 31193-2980 | Contact: Frank Taylor<br>Telephone: 305-378-3072<br>Email: ftaylor@whopper.con | Executory Contract | | $2,021,369.00 |
| 3. Swisshelm<br>3765 East Turtle Hatch Road<br>Springfield, MO 65809 | Contact: Bruce Swisshelm<br>Telephone: 417-887-8816 | Executory Contract | Contingent, Disputed | $625,000.00 |
| 4. Reinhart Foodservice LLC<br>230 North Front Street<br>La Crosse, WI 54601 | Contact: Ray Rytilahti<br>Telephone: 608-793-9244<br>Email: rerytilahti@rfsdelivers.com | Trade Debt | | $622,940.63 |
| 5. MBM Corporation<br>P.O. Box 841170<br>Dallas, TX 75284-1170 | Contact: Dana Demers<br>Telephone: 252-450-4048<br>Fax: 252-467-4520<br>Email: ddemers@mbmfoodservice.com | Trade Debt | | $127,733.35 |
| 6. Sicom Systems Inc.<br>4140 Skyron Drive<br>Doylestown, PA 18901 | Contact: mdeily@sicom.com<br>Telephone: 800-547-4266 | Professional Services | | $40,474.87 |
| 7. Gilbert Mechanical Cont. inc.<br>4451 West 76th Street<br>Minneapolis, MN 55435 | Telephone: 952-835-3810<br>Email: mgoelz@gilbertmech.com | Trade Debt | | $30,474.89 |
| 8. OI Distribution<br>12900 Southwest 89th Court<br>Miami, FL 33176 | Telephone: 800-827-2747<br>Fax: 305-971-6069<br>Email: iliana@originalimpressions.com | Trade Debt | | $27,123.92 |

4843272

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| 9. Pan-O-Gold Baking Co.<br>444 East St. Germain St.<br>St. Cloud, MN 56304 | Telephone: 320-251-9361<br>Fax: 320-251-6894<br>Email: info@panogold.com | Trade Debt | | $25,358.32 |
| 10. Legacy Enterprises<br>1109 S Pickwick Ave<br>Springfield, MO 65804 | Contact: John Strong | Landlord | | $21,677.60 |
| 11. Sunflower Square Shopping Center<br>PMB 339<br>20841 Ventura Blvd<br>Woodland Hills, CA 91364 | | Landlord | | $20,702.50 |
| 12. Moac Mall Holdings LLC<br>Attn: Leagl Department<br>60 E Broadway<br>Bloomington, MN 55425-5510 | Telephone: 952- 883-8810 | Landlord | | $20,004.28 |
| 13. Enviromatic Corp of America<br>5936 Pillsbury Avenue S<br>Minneapolis, MN 55419 | Telephone: 612- 861-3330<br>Email: wayne@enviromatic.com<br>Fax: 612-861-5578 | Trade Debt | | $19,961.40 |
| 14. SS&G Financial Services Inc<br>32125 Solon Road<br>Cleveland, OH 44139 | Contact: Adam Berebitsky<br>Telephone: 440-248-8787<br>Fax: 440-248-0841<br>Email: ABerebitsky@SSandG.com | Professional Services | | $17,175.00 |
| 15. Oreel Family Ltd. Partnership<br>c/o Shannon Oreel<br>P.O.Box 3243<br>Madison, WI 53704-0243 | | Landlord | | $16,667.49 |
| 16. P&C Rentals LLP<br>P.O. Box 14366<br>Scottsdale, AZ 85267-4366 | | Landlord | | $14,543.33 |
| 17. The Lakes at Raintree Village<br>The Lakes Adventure LLC<br>30100 Town Center Dr, Suite 341<br>Laguna Niguel, CA 92677 | | Landlord | | $14,116.67 |
| 18. Tom Strong<br>415 E. Chestnut Expressway<br>Springfield, MO 65802 | | Landlord | | $14,077.71 |
| 19. Gabe and Karen Fazzini<br>37072 Galileo Lane<br>Murrieta, CA 92563 | | Landlord | | $14,075.55 |
| 20. AMB Property LP<br>Pier 1, Bay1<br>San Franciso, CA 94111 | Telephone: 415-394-9000<br>Fax: 415-394-90001 | Landlord | | $13,120.00 |

4843272

**United States Bankruptcy Court**
**District of Minnesota**

In re **Duke and King Missouri, LLC**             Case No._____
       Debtor.                                                         Chapter     **11**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF
### OF A CORPORATION OR PARTNERSHIP

      I, the CEO & President, and Director of the company named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date:   December 3, 2010                             Signature * /s/ Rodger Head*
                                                                              Printed Name: Rodger Head
                                                                              Title: CEO & President, and Director

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Duke and King Missouri, LLC

Case No. _____

Chapter 11 Case

Debtor.

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Rodger Head, declare under penalty of perjury that I am the CEO, President and Director of Duke and King Missouri, LLC, a Delaware limited liability company and that on December 3, 2010 the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code; Be It Therefore Resolved, that Rodger Head, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Rodger Head, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Rodger Head, President of this corporation, is authorized and directed to employ Clinton E. Cutler, attorney and the law firm of Fredrikson & Byron, P.A., and Shawn M. Riley, attorney and law firm of McDonald Hopkins LLC to represent the corporation in such bankruptcy case."

Executed on: December 4, 2010         Signed: */s/ Rodger Head*_____
                                      Rodger Head, CEO, President and Director
                                      12281 Nicollet Ave., South
                                      Burnsville, MN  55337

**LOCAL RULE REFERENCE: 1008-1**

4843279

# United States Bankruptcy Court
## District of Minnesota

In re  Duke and King Missouri, LLC

Debtor(s)

Case No. _____

Chapter  11

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Duke and King Missouri, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Duke and King Missouri Holdings, Inc.

☐ None [*Check if applicable*]

| | |
|---|---|
| December 4, 2010 | */s/ Clinton E. Cutler* |
| Date | Clinton E. Cutler 158094 |
| | Signature of Attorney or Litigant |
| | Counsel for  Duke and King Missouri, LLC |
| | Fredrikson & Byron, P.A. |
| | 200 South Sixth St |
| | Suite 4000 |
| | Minneapolis, MN 55402 |
| | 612.492.7000 Fax:612.492.7077 |

4843554